UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 10-23968-UNGARO

MARIO DIAZ-BALART and
CORRINE BROWN

      Plaintiff,

v.

STATE OF FLORIDA,

      Defendant.
_____/

## ORDER ON DEFENDANT'S MOTION TO DISMISS AND PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT.

THIS CAUSE is before the Court upon Defendant's Motion to Dismiss (D.E. 26) and Plaintiffs' Agreed Motion for Leave to File Second Amended Complaint (D.E. 36).

THE COURT has considered the Motions, the pertinent portions of the record, and is otherwise fully advised in the premises. Defendant moves to dismiss Plaintiffs' First Amended Complaint. Plaintiffs move for leave to file a Second Amended Complaint adding Governor Rick Scott and Secretary of State Kurt S. Browning as defendants. Plaintiffs also request that the Court reset the scheduling deadlines to allow for the Second Amended Complaint to be served upon the new defendants. It is hereby

ORDERED AND ADJUDGED that the Motion for Leave to File Second Amended Complaint (D.E. 36) is GRANTED. The Second Amended Complaint SHALL be deemed filed as of the below signature date. It is further

ORDERED AND ADJUDGED that the Motion to Dismiss (D.E. 26) is DENIED AS MOOT. The Court will separately enter an order re-setting the relevant scheduling deadlines.

DONE AND ORDERED in Chambers, in Miami, Florida this 31st day of January, 2011.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: counsel of record