UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 10-23968-UNGARO

MARIO DIAZ-BALART and
CORRINE BROWN

    Plaintiff,

v.

STATE OF FLORIDA,

    Defendant.

_____/

### ORDER TO SHOW CAUSE

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises. It is hereby

ORDERED AND ADJUDGED that Plaintiffs SHALL show cause in writing, not to exceed five pages, on or before **February 11, 2011**, why this Court has subject jurisdiction over this case.  **Failure to comply with this Order will result in dismissal without further notice.**

DONE AND ORDERED in Chambers at Miami, Florida, this _31st__ day of January, 2011.

*/s/ Ursula Ungaro*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided to: Counsel of Record