UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 10-23968-CIV-UNGARO

MARIO DIAZ-BALART and
CORRINE BROWN,

    Plaintiffs,

v.

RICK SCOTT *et al.*

    Defendants.
_____/

**ORDER REQUIRING RESPONSE**

THIS CAUSE is before the Court *sua sponte*.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises. Plaintiffs have failed to timely file a Planning and Scheduling Report. Accordingly, it is hereby

ORDERED AND ADJUDGED that Plaintiffs SHALL show cause in writing, not to exceed five pages, on or before **April 1, 2011**, why this case should not be dismissed for failure to file a timely Joint Planning and Scheduling Report. In the alternative, Plaintiffs may file the Joint Planning and Scheduling Report by that time. **Plaintiffs are advised that failure to comply with this Order will result in the dismissal of this case without further notice.**

DONE AND ORDERED in Chambers, Miami, Florida, this 28th day of March, 2011.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:

counsel of record