UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 10-23968-CIV-UNGARO

MARIO DIAZ-BALART and
CORRINE BROWN,

    Plaintiffs,

v.

KURT BROWNING,

    Defendants.
_____/

### ORDER ON MOTION TO FILE SUR-REPLY

THIS CAUSE is before the Court upon Plaintiffs and Plaintiff-Intervenor's Motion to File Sur-Reply.  (D.E. 79.)

THE COURT has considered the Motion and the pertinent portions of the record and is otherwise fully advised in the premises.  It is hereby

ORDERED AND ADJUDGED that the Motion (D.E. 79) is GRANTED.

DONE AND ORDERED in Chambers at Miami, Florida, this _12th__ day of July, 2011.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record